AP-77,052

No. 12-1237-K26

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE **26th** JUDICIAL |
| V. | § | DISTRICT COURT OF |
| **STEVEN ALAN THOMAS,** | § | WILLIAMSON COUNTY, TEXAS |
| DEFENDANT | | |

SID: **TX02533564**

# JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO DEATH

| | |
|---|---|
| DATE OF JUDGMENT: | October 31, 2014 |
| JUDGE PRESIDING: | Burt Carnes |
| ATTORNEY FOR THE STATE: | Lytza Rojas, Josh Reno, Lauren McLeod |
| ATTORNEY FOR THE DEFENDANT: | Steve Brittain and Alan Williams |
| OFFENSE CONVICTED OF: | Capital Murder |
| STATUTE FOR OFFENSE: | Section 19.03, Penal Code |
| CHARGED PUNISHMENT RANGE: | Capital Felony-Death |
| ENHANCED PUNISHMENT RANGE: | Not Applicable |
| DATE OF OFFENSE: | November 4, 1980 |
| CHARGING INSTRUMENT: | Indictment |
| PLEA TO OFFENSE FOR WHICH DEFENDANT CONVICTED: | Not Guilty |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | Not Applicable |
| VERDICT FOR OFFENSE: | Guilty |
| FINDING ON ENHANCEMENT: | Not Applicable |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | Not Applicable |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | Not Applicable |
| DATE SENTENCE IMPOSED: | October 31, 2014 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | Death |
| TIME CREDITED TO SENTENCE: | 799 Days |
| COURT COSTS: | $294.00 |
| TOTAL AMOUNT OF RESTITUTION: | $-0- |
| NAME AND ADDRESS FOR RESTITUTION: | NA |

FILED IN
COURT OF CRIMINAL APPEALS

JAN 1 2 2015

Abel Acosta, Clerk

FILED
at 8:28 o'clock A M

NOV 18 2014

District Clerk, Williamson Co., TX

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **do not apply** to the Defendant. The age of the victim at the time of the offense was **not applicable.**

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Grant Perkins, and**

eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

### Verdict of the Jury - Capital Murder

**We, the Jury, find the defendant, Steven Alan Thomas, "guilty" of the offense of Capital Murder as charged in the Indictment.**

**/s/ Grant Perkins**

**Presiding Juror**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

### Special Issue Number One

**Do you find from the evidence beyond a reasonable doubt that the conduct of the Defendant, Steven Alan Thomas, that caused the death of the deceased was committed deliberately and with the reasonable expectation that the death of the deceased, Mildred McKinney, or another would result?**

### Answer

**We, the Jury, unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue is "Yes."**

**/s/ Grant Perkins**

**Presiding Juror**

## Special Issue Number Two

Do you find from the evidence beyond a reasonable doubt that the Defendant, Steven Alan Thomas, actually caused the death of the deceased or intended to kill the deceased or another or anticipated that a human life would be taken?

### Answer

We, the jury, unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue is "Yes.'

/s/ Grant Perkins

Presiding Juror

## Special Issue Number Three

Do you find from the evidence beyond a reasonable doubt that there is probability that the Defendant, Steven Alan Thomas, would commit criminal acts of violence that would constitute a continuing threat to society?

### Answer

We, the jury, unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue is "Yes."

/s/ Grant Perkins

Presiding Juror

## Special Issue Number Four

Do you find from the evidence, taking into consideration all the evidence, including the circumstances of the offense, the Defendant's character and background, and the personal moral culpability of the defendant, Steven Alan Thomas, that there is a sufficient mitigating circumstance or circumstances to warrant a sentence of life imprisoment rather than a death sentence by imposed?

### Answer

We, the jury, unanimously find and determine that the answer to the Special Issue Number Four is "No."

/s/ Grant Perkins

Presiding Juror

A presentence investigation report was not required or done.

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of Williamson County, Texas, and be safely conveyed and delivered to the **Director, Prison in TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of Williamson County, Texas, until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

not applicable

SIGNED this the 18th day of November, 2014

_____
JUDGE PRESIDING

DEFENDANT'S NAME: **STEVEN ALAN THOMAS**

DEFENDANT'S RIGHT THUMBPRINT



Steven Kian Thomas                                X                   277TH DISTRICT COURT

## AFFIDAVIT OF DEFENDANT REQUESTING APPOINTMENT OF COUNSEL

THE STATE OF TEXAS
COUNTY OF WILLIAMSON

BEFORE ME, the undersigned, on this day personally appeared_____, Defendant in the above-entitled and numbered cause, and upon his oath states that he is wholly destitute of means to hire counsel and requests that the Court appoint an attorney to represent him/her in this cause.

_____
DEFENDANT

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this the _____ day of _____, 20_____.

_____
Deputy District Clerk

## ORDER APPOINTING ATTORNEY

On this the __7__ day of __January__, 20_15_, it being made known to the Court that the Defendant in the above-entitled and numbered cause is not represented by any attorney, and that he/her is too poor to employ an attorney, the Honorable __Ariel Payan__, a practicing attorney of this State, is hereby appointed to represent the Defendant in said Cause, and is ordered to contact the Defendant within _72_ hours.

FILED
at 3:37 o'clock ___M.
JAN - 7 2015
Lisa David
District Clerk, Williamson Co., TX.

SIGNED the __7__ day of __January__, 20_15_.

_____
JUDGE PRESIDING

_____ Appointment made at Jail Call          ✓ Appointment for Appeal

The Defendant is charged with:_____

The defendant is currently out on bond.
Defendant's name:_____
Address:_____
City:_____, Texas        Zip Code:_____
Phone:_____

## NOTICE OF SETTING

_____ Probation Revocation Hearing on:_____

_____ Pre-Trial Hearing on:_____

_____ Jury Trial on:_____